UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,

    Plaintiff,

  v.

DIRECTOR OF OPS OF CDCR, et al.,

    Defendants.

Case No. 15-cv-00145-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Gary Dale Barger's allegations in this federal civil rights action are based on events occurring at the Ventura County Superior Court, which is in Central District of California. Barger asks that the Northern District retain this action based on his unsupported allegation that the Central District has a "conflict of interest." (Docket No. 7.) This conclusory allegation cannot act as a bar to the transfer of this action to the appropriate district. Venue properly lies in the Central District because a substantial part of the events or omissions giving rise to the claims occurred there and the named defendants reside there. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). Accordingly, this federal civil rights action is TRANSFERRED to the Central District of California. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** January 29, 2015

_____
WILLIAM H. ORRICK
United States District Judge